# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-cr-294-LJO-SKO |
| Plaintiff, | RESPONSE TO ORDER FROM THE NINTH CIRCUIT COURT OF APPEALS (Doc. 139) |
| v. | |
| IANE LOVAN, et al., | |
| Defendants. | |

The Ninth Circuit Court of Appeals invited this Court to address the pending petition for a writ of mandamus, even though this Court is not the real party in interest. The Court does not believe any further comment is necessary, as its position was articulated on the record during the March 9, 2015 hearing on Defendant's motion to dismiss. *See* Doc. 99.

IT IS SO ORDERED.

Dated:   **June 18, 2015**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1